1  RONALD J. SCHUTZ (*pro hac vice* to be filed)
   Email: rschutz@robinskaplan.com
2  PATRICK M. ARENZ (*pro hac vice* to be filed)
   Email: parenz@robinskaplan.com
3  **ROBINS KAPLAN LLP**
4  2800 LaSalle Plaza
   800 LaSalle Avenue
5  Minneapolis, MN 55402–2015
   Telephone: 612–349–8500
6  Facsimile:  612–339–4181

7
   MICHAEL A. GEIBELSON (STATE BAR NO. 179970)
8  Email: mgeibelson@robinskaplan.com
   **ROBINS KAPLAN LLP**
9  2049 Century Park E Suite 3400
   Los Angeles, CA 90067
10 Telephone:  310-552-0130
11 Facsimile:   310-229-5800

12 Attorneys for Plaintiff Denise Daniels

13

14

15                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
16

17  Denise Daniels,                          Case No. 2:17-cv-04527

18              Plaintiff,
                                             **Complaint for Breach of**
19  v.                                       **Implied-in-Fact Contract**

20
                                             **Jury Trial Demanded**
21  The Walt Disney Company;
    Disney Enterprises, Inc.;
22  Disney Consumer Products
    and Interactive Media Inc.;
23  Disney Interactive Studios, Inc.;
    Disney Shopping, Inc.;
24  Pixar

25

26              Defendants.

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**Introduction**

1.     Disney·Pixar released *Inside Out* in 2015 to rave reviews. *Inside Out* was later was nominated for two Academy Awards and won the Academy Award for Best Original Screenplay. Critics continue to applaud Disney·Pixar for the inventiveness, creativity, and novelty in the fundamental premise of *Inside Out*: the use of anthropromorphized emotions Joy, Sadness, Anger, Fear, and Disgust as individual characters within the head of an 11-year old girl.

2.     In June 2017, in fact, the *New York Times* ranked *Inside Out* as the seventh best movie in the 21st century so far. The article explained "The personification of abstract concepts and the visual rendering of human consciousness from the inside are astonishing feats, executed with unparalleled inventiveness."

3.     But Disney·Pixar was not the first to conceive of the idea of anthropromorphized, color-coded characters representing single emotions, as depicted in *Inside Out*.

4.     Denise Daniels has dedicated her career over the last four decades to help children better manage and deal with their emotions. As part of her distinguished efforts, Daniels conceived of—and developed—a children's program called *The Moodsters*. *The Moodsters* live "deep down inside every child," and featured five main characters. Each character is an animated, anthropromorphized figure representing a single emotion with a corresponding color, and specifically happiness (yellow), anger (red), sadness (blue), fear (green), and love (pink). From 2005 through 2009, and every year in between, Daniels, along with her industry-leading team, approached and pitched Disney·Pixar to partner on a project relating to *The Moodsters*.

5.     The individuals at Disney·Pixar who had access to materials and descriptions of *The Moodsters* include Thomas Staggs, then CFO of The Walt Disney Corporation; Pete Docter, of Pixar; Rich Ross, then President of Disney

1   Channels Worldwide, and later Chairman of Walt Disney Studios; Nancy
2   Kanter, of Playhouse Disney (now referred to as Disney Junior); Paula
3   Rosenthal, of Playhouse Disney; and Roy E. Disney, who was the son and
4   nephew of the founders of the Walt Disney Company.

5       6.      Daniels and her team pitched and disclosed the idea underlying the
6   *The Moodsters* to Disney·Pixar with the understanding, as is custom in the
7   entertainment and motion picture industry, that Daniels would be compensated
8   if Disney·Pixar used the idea. Disney·Pixar accepted these disclosures under
9   these circumstances.

10      7.      Disney·Pixar has used Daniels' idea in the movie *Inside Out*, and
11  merchandise and Disney·Pixar has not compensated Daniels.

12                              **The Parties**
13      8.      Plaintiff Denise Daniels is a citizen and resident of the State of
14  Minnesota.

15      9.      Defendant The Walt Disney Company is a Delaware corporation
16  with its principal place of business in Burbank, California.

17      10.     Defendant Disney Enterprises Inc. is a Delaware corporation with its
18  principal place of business in Burbank, California.

19      11.     Defendant Disney Consumer Products and Interactive Media, Inc. is
20  a California corporation with its principal place of business in Burbank,
21  California. Disney Consumer Products is a subsdiary of Disney Enterprises Inc.

22      12.     Defendant Disney Interactive Studios, Inc. is a California corporation
23  with its principal place of business in Burbank, California. Disney Interactive
24  Studios is a subsidiary of Disney Enterprises Inc.

25      13.     Defendant Disney Shopping, Inc. is a Delaware corporation with its
26  principal place of business in Burbank, California. Disney Shopping is a
27  subsidiary of Disney Enterprises Inc.

28      14.     Defendant Pixar is a California corporation with its principal place of

Robins Kaplan LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

business in Emeryville, CA 94608.

15.   The Defendants are collectively referred to in this Complaint as Disney·Pixar.

### Jurisdiction and Venue

16.   This Court has diversity jurisdiction under 28 U.S.C. §1332. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Daniels, on one hand, and Disney·Pixar, on the other hand, are citizens of different states within the meaning of 28 U.S.C. §1332.

17.   This Court has personal jurisdiction over Disney·Pixar because all Defendants reside in the State of California.

18.   Venue is proper in this District pursuant to 28 U.S.C. §1391(b) because The Walt Disney Company, Disney Enterprises Inc., Disney Consumer Products, Inc., Disney Interactive Studios, Inc., Disney Shopping, Inc., reside in this District, and Pixar is a resident of California; and a substantial part of the events and omissions giving rise to Daniels' claim occurred in this District.

### Factual Background

### Denise Daniels is a highly regarded child development expert

19.   Daniels has over 40 years of experience in researching children's social and emotional development.

20.   In 1986, with a background in Pediatric Oncology Nursing and Crisis Intervention, Daniels co-founded the National Childhood Grief Institute.

21.   Daniels and her team of mental health professionals traveled to devastated areas to provide grief and trauma counseling for young victims, such as in the aftermaths of the Hurrican Katrina and the 2004 tsunami in Southeast Asia. She also helped children, parents, and teachers cope with the Oklahoma City bombing, the shooting at Columbine High School, and the terrorist attack on 9/11 in New York City.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

22.   Daniels also shared her research, thoughts, and insight through television. Daniels became the first parenting expert for NBC's the Today Show in 1991.

23.   Daniels won a Peabody award for her work on a PBS television special helping children understand and cope with war.

24.   In addition to the Today Show on NBC, Daniels has appeared on Oprah, Dateline, The View, CNN, NBC's Nightly News, Larry King Live, Good Morning America, and Fox News. Daniels has also been featured in The Wall Street Journal, The New York Times, The Washington Post, and Parents, Parenting, and Newsweek magazines.

25.   Fortune 500 companies have recognized Daniels as a leader in the area of children's social and emotional development. For instance, Pfizer retained Daniels as a consultant to help physicians better communicate and understand pediatric patients. Daniels created an innovative pediatric health care assessment program for physicians, which included a thermometer, and color-coded symbols and illustrations to express different emotions.

26.   Also through her partnership with Pfizer, Daniels created "First Aid for Feelings," a workbook that was developed to help pediatric patients cope with emotional issues surrounding hospitalization. This workbook has been used in over 200 pediatric units across the country, and integrated into ten U.S. medical school training programs. Over 15 million copies of First Aid for Feelings have been published. In total, Daniels is a published author of nine children's self-help books.

### The Conception and Development of the Moodsters

27.   Daniels wanted to expand on her idea of using color-coded illustrations of emotions to help children with their social and emotional development.

28.   Daniels conceived of *The Moodsters*, a children's animation starring

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

five color-coded anthropomorphic characters, each individually representing a single emotion: happiness, sadness, anger, love, and fear.

29.   These characters lived in an abstract world inside a child. For instance, early materials about *The Moodsters* explain that "[s]omewhere deep down inside every child is a wonderous world where The Moodsters live."

30.   Daniels recruited a high-profile and accomplished team to execute on her vision for *The Moodsters* and formed The Moodsters Company. This team included, among others, Lisa Simon, Louise Gikow, Marc Brackett, Ph.D., and A.J. Dewey.

### Lisa Simon

31.   Lisa Simon served as co-executive producer for *The Moodsters*. Simon was a former Assistant Vice President of Sesame Street. She was a producer and director of "Sesame Street" for over fourteen years, where she brought new life and direction to what had already become a benchmark for quality educational television for pre-school children. She won 15 Emmy Awards, as well as a Peabody award, for her work as a producer and director. She worked on several animation projects for Little Airplane Productions, Nick Jr., and PBS. Simon also operated her own company, simon-sez productions, and worked with major corporate, film, and video production companies. Among Simon's clients were PBS, the Discovery Network, Sony, and Disney.

### Louise Gikow

32.   Louise Gikow served as co-executive producer for *The Moodsters*, along with Simon. Gikow is an Emmy award-winning author and composer of over 150 scripts, books, and songs. She was a consulting producer and staff writer for the PBS series "Between the Lions." She was the co-creator and head writer of Playhouse Disney's hit show, "Johnny and the Sprites." And Gikow was the co-creator of "Lomax: The Hound of Music," a music education show for children on PBS Kids. Gikow was head writer for numerous international

projects, including the Middle Eastern co-production of "Sesame Stories."

### A.J. Dewey

33. A.J. Dewey served as the creative director for *The Moodsters*. Dewey is an award-winning illustrator and designer whose work spans a broad range of mediums and whose clients include Sesame Street, Disney, IBM, AT&T, Marvel, Nascar and Pepsi Cola. His illustrations can be seen in several children's book series and hundreds of retail products. Dewey's television work includes "Animal Planet," "Video Buddy," "Once Upon a Tree" and "Dr. Seuss's My Many Colored Days," a symphonic animated version of the popular children's book. From 2004 to 2007, Dewey was the Senior Designer at Manhattan Toy, where he designed a broad list of toy products, including the 2006 launches of Groovy Girls' Petrageous and Cirque du Soleil's premier line of childrens' products and textiles.

### Marc Brackett

34. Marc Brackett served as a curriculum advisor on *The Moodsters*. He is currently the Director of the Yale Center for Emotional Intelligence and Professor in the Child Study Center at Yale University. He has published over 100 scholarly articles and is the recipient of numerous awards, including the Joseph E. Zins award for his research on emotional intelligence in schools. His research has been featured in the New York Times, Time Magazine, and National Public Radio. He co-developed the RULER model of emotional literacy, a model that has been adopted by over 1,000 public, charter, and private schools across the United States and in other countries.

***

35. Emotional intelligence played a preeminent role in *The Moodsters*. *The Moodsters* aimed to help children identify, express, and manage their feelings in a healthy and developmentally appropriate way. Brackett, as an advisor on *The*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

*Moodsters*, co-wrote the *Emotional Literary Currriculum* with Dr. Susan E. River, which laid out the educational objectives needed to develop episodes of *The Moodsters*. *The Moodsters* show was designed to provide children with an opportunity to learn "emotional literacy" using the RULER method. Daniels and her team, therefore, designed *The Moodsters* to help children "acquire the critical emotional knowledge and important life skills to succeed."

36.   Daniels and her team developed "a bible" for *The Moodsters*, which is commonly referred to in the entertainment industry as an outline on a television series' characters, settings, and other elements.

37.   Daniels and her team had completed the pilot episode for *The Moodsters* in 2007.

38.   Both the bible and the pilot revolve around five main color-coded characters, each of which represents a single emotion. Because emotions are an abstract concept with no known physical features or visual qualities, these individual single-emotion characters are visually represented as anthropromorphous figures with human characteristics, including body language, voice, and facial expressions.

39.   The five characters each individually represent one of the following single emotions: happiness, sadness, anger, love, and fear.

**Denise Daniels and her team pitched *The Moodsters* to Disney·Pixar from 2005 through 2009**

40.   Daniels and her team sought to partner with a network or studio to produce *The Moodsters* on a national and international platform. Disney·Pixar and Nickelodeon Jr. were two entertainment companies that Daniels wanted to potentially partner with.

41.   Daniels and her team first contacted Disney·Pixar about *The Moodsters*

in 2005. They then contacted Disney·Pixar in 2006, 2007, 2008, and 2009 about *The Moodsters*.

42.   Daniels and her team contacted a number of different individuals at Disney·Pixar about *The Moodsters*.

43.   The following individuals at Disney·Pixar who received information about *The Moodsters* include Pete Docter, Thomas Staggs, Nancy Kanter, Paula Rosenthal, and Beth Gardiner.

44.   In addition to the individuals listed in paragraph 43, Roy E. Disney and Rich Ross had access to *The Moodsters*.

45.   In 2005, Gikow and Simon shared materials about *The Moodsters* with Paula Rosenthal, who worked for Playhouse Disney. Rosenthal then provided those materials about *The Moodsters* to Nancy Kanter, also of Playhouse Disney. Rosenthal requested an additional copy of *The Moodsters* materials for herself.

46.   Rosenthal and Kanter at Disney, and Gikow and Simon, at *The Moodsters* Company, continued to discuss and share materials about *The Moodsters* in 2006 and 2007.

47.   In 2008, a mutual friend put Daniels in touch with Thomas Staggs. Staggs was the CFO of The Walt Disney Company at the time. Daniels shared materials about *The Moodsters* with Staggs.

48.   In May 2008, Staggs informed Daniels that he would share materials about *The Moodsters* with Roy E. Disney. Roy E. Disney was the son and nephew of the founders of The Walt Disney Corporation.

49.   In June 2008, Staggs informed Daniels that he shared materials about *The Moodsters* with Rich Ross. At the time, Ross was the President of Disney Channels Worldwide. In 2009, Ross became Chairman of Walt Disney Studios. Walt Disney Studios distributes films under various banners, which include Walt Disney Pictures and Pixar.

50.   Daniels also called Docter to discuss *The Moodsters*. The two spoke for an extended period of time, and Daniels walked Docter through in detail the characters and concept underlying *The Moodsters*.

51.   In short, Disney·Pixar had access to *The Moodsters* well before 2010.

### Disney·Pixar Released *Inside Out* in 2015

52.   Disney·Pixar released *Inside Out* in the United States on June 19, 2015.

53.   *Inside Out* is a movie that primarily takes place inside an 11-year old girl's head.

54.   The five main characters in *Inside Out* are (1) Joy; (2) Sadness; (3) Anger; (4) Fear; and (5) Disgust.

55.   Each of these main characters is an anthropomorphic, color-coded animated character representing a single emotion.

56.   Joy's character is reflected in the color yellow. Hope and optimism dictate all of her Decisions.



57.   Sadness' character is reflected in the color blue. Sometimes it seems like the best thing to do is just lie on the floor and have a good cry.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

58.   Anger is reflected in the color red. He has a fiery spirit and tends to explode (literally) when things don't go as planned. He is quick to overreact and has little patience for life's imperfections.



59.   Fear is reflected in the color purple. He is constantly on the lookout for potential disasters. There are very few activities and events that Fear does not find to be dangerous and possibly fatal.



60.   Disgust is reflected in the color green. Her job is to keep Riley from being poisoned, physically or socially.

****

****

****

61.   Disney·Pixar invested significant resources into the development of *Inside Out*. The production budget for *Inside Out* was over $170,000,000.

62.   This investment has paid off for Disney·Pixar. *Inside Out* was a huge success at the box office.

63.   Disney·Pixar generated gross revenue at the box office for *Inside Out* of over $350,000,000 domestically and over $850,000,000 worldwide.

64.   *Inside Out* was also lauded by critics. Some film critics praised *Inside Out* for its novelty. Anthony Lane of The New Yorker, for instance, wrote "On the scale of inventiveness, 'Inside Out' will be hard to top this year."

65.   Disney·Pixar continues to promote *Inside Out* as an "inventive" animated film.

66.   One reason *Inside Out* is considered so novel, creative, and inventive is because Disney·Pixar had never before released a movie that anthropromophized emotions.

67.   None of the three *Toy Story* movies, for instance, include anthropromorphized emotions. Nor do any characters in that trilogy represent a single emotion which corresponds to a single color.

68.   *Cars* and *Cars 2* are the same in this regard. None of the characters in these movies include anthropromorphized emotions. And none of the characters represent a single emotion which corresponds to a single color.

69.   *Monsters Inc.* was the first major motion picture that Docter directed.

The characters in that movie, along with *Monsters University*, do not include anthropromorphised emotions. Nor does any single character represent a single emotion which corresponds to a single color.

70.   The remainder of Pixar's movies that pre-date *Inside Out* are no different. *A Bug's Life*, *Finding Nemo*, *The Incredibles*, *Ratatouille*, *WALL-E*, *Brave*, and *Up*, are movies that do not include anthropromorphized emotions, or characters that represent a single emotion which corresponded to a single color.

71.   The Walt Disney Company, including through Walt Disney Studios, has distributed over 75 animated films since *Snow White and the Seven Dwarfs* in 1938.

72.   The Walt Disney Company, including through Walt Disney Studios, has never distributed a film that anthropromorphized emotions as characters.

73.   The Walt Disney Company, including through Walt Disney Studios, has never distributed a film with a main character that represented a single emotion which corresponds to a single color.

74.   Disney·Pixar continues to enjoy the success of *Inside Out*.

75.   For instance, Disney·Pixar has generated gross revenue in excess of $100,000,000 for DVD and Blu-Ray sales of *Inside Out*. And *Inside Out* was the fourth most downloaded film on iTunes in 2015. Disney·Pixar has distributed, and continues to distribute, *Inside Out* by DVD, Blu-ray, and Internet-based downloads and streams.

76.   Disney·Pixar also generates significant revenue from *Inside Out* toys, books, and other merchandise.

77.   Some of this merchandise attempts to capitalize on the perception that *Inside Out* teaches kids about emotional intelligence.

78.   Disney·Pixar would not have enjoyed the extreme success it has had from *Inside Out* without its use of anthropromorphized emotions as its main characters.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## Count 1

## Breach of Implied-in-Fact Contract

79.   Daniels repeats and realleges all allegations set forth above in paragraphs 1-78 as if they were stated in full and incorporated herein.

80.   Daniels is the exclusive owner of the original ideas underlying *The Moodsters*.

81.   Daniels was aware and relied on customs and practices in the entertainment industry when she approached Disney·Pixar about a partnership. Specifically, it is common and custom in the entertatinment industry for creators to provide ideas and materials to producers and studios in exchange for compensation and credit if such ideas or materials are later used.

82.   Under the circumstances, Daniels disclosed her ideas regarding *The Moodsters* to Disney·Pixar, as is custom and common in the entertainment industry, with a reasonable expectation that Disney·Pixar would compensate Daniels if Disney·Pixar used this idea. Thus, Daniels, individually and through her team, provided ideas and materials to Disney·Pixar for sale in exchange for compensation and credit if Disney·Pixar used such ideas or materials.

83.   Under the circumstances, and consistent with the custom and common practice in the entertainment industry, Disney·Pixar accepted the disclosure of the ideas in *The Moodsters* with an expectation that it would have to compensate Daniels if Disney·Pixar used this idea in any television, motion picture, merchandise, or otherwise.

84.   Neither before nor after any disclosure of ideas and materials did Disney·Pixar ever tell Daniels, or anyone with her team, that it may use the ideas and materials provided to Disney·Pixar without compensation to Daniels.

85.   Based on the circumstances described above, Daniels and Disney·Pixar have an implied-in-fact contract that requires Disney to compensate and credit Daniels for the use of any ideas or materials that Daniels

and her team disclosed to Disney·Pixar.

86.   Disney·Pixar has used Daniels's idea as shown in *The Moodsters*, which includes a collection of anthropromorphized, single-emotion characters through the release and sale of *Inside Out*, and the sale of *Inside Out* merchandise. Disney·Pixar has not compensated Daniels for this use.

87.   As a result, Disney·Pixar has materially breached, and continues to materially breach, its implied-in-fact contract with Daniels.

88.   Daniels has sustained damages as a result of Disney·Pixar's material breach. Damages for this harm will be in an amount proven at trial.

### Prayer for Relief

Daniels requests the following relief:

1.   Entry of judgment in favor of Daniels and against Disney·Pixar on Count 1 in this Complaint, in an amount to be determined at trial, but at least in an amount that exceeds the jurisdictional limits of this Court;

2.   An award of damages for Disney·Pixar's breach of the parties implied-in-fact contract;

3.   An award of costs, expenses, and disbursements;

4.   Such other and further relief as is just and proper.

DATED: June 19, 2017          Robins Kaplan LLP

By: /s/ Michael A. Geibelson
RONALD J. SCHUTZ
MICHAEL A. GEIBELSON
PATRICK M. ARENZ
Attorneys for Plaintiff Denise Daniels

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

- 15 -

**Jury Trial Demand**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on all claims so triable.

DATED: June 19, 2017          Robins Kaplan LLP


By: /s/ Michael A. Geibelson
RONALD J. SCHUTZ
MICHAEL A. GEIBELSON
PATRICK M. ARENZ

Attorneys for Plaintiff Denise Daniels