1  RONALD J. SCHUTZ (admitted *pro hac vice*)
   Email: rschutz@robinskaplan.com
2  PATRICK M. ARENZ (admitted *pro hac vice*)
   Email: parenz@robinskaplan.com
3  RUTH L. OKEDIJI (admitted *pro hac vice*)
   Email: rokediji@robinskaplan.com
4  **ROBINS KAPLAN LLP**
5  800 LaSalle Avenue, Suite 2800
   Minneapolis, MN 55402
6  Telephone:  612–349–8500
7  Facsimile:   612–339–4181

8  MICHAEL A. GEIBELSON (STATE BAR NO. 179970)
   Email: mgeibelson@robinskaplan.com
9  **ROBINS KAPLAN LLP**
10 2049 Century Park E., Suite 3400
   Los Angeles, CA 90067
11 Telephone:  310-552-0130
   Facsimile:   310-229-5800
12
13 Attorneys for Plaintiffs Denise Daniels and
   The Moodsters Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Daniels and The Moodsters Company; <br><br> Plaintiffs, <br><br> v. <br><br> The Walt Disney Company; Disney Enterprises, Inc.; Disney Consumer Products and Interactive Media, Inc.; Disney Interactive Studios, Inc. Disney Shopping, Inc.; and Pixar <br><br> Defendants. | Case No. 2:17−cv−04527−PSG−SK <br><br> **Declaration of Patrick M. Arenz in Support of Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss Second Amended Complaint** <br><br> **Judge:** Hon. Philip S. Gutierrez <br><br> **Date:** January 29, 2018 <br> **Time:** 1:30 p.m. <br> **Place:** Courtroom 6A <br><br> **Action Filing Date:** June 19, 2017 |

I, Patrick M. Arenz, declare as follows:

1. I am trial counsel for Plaintiffs Denise Daniels and The Moodsters Company in this case.

2. I have attached an Appendix with demonstrative images from works referenced in relevant cases.

3. I have attached as Exhibit A a true and correct copy of Judge Otero's unpublished decision in *Halicki v. Shelby Int'l*, No. CV 04-08813, et al., Dkt No. 330, (C.D. Cal. Aug. 12, 2009).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: April 2, 2018

Respectfully submitted,

By: */s/ Patrick M. Arenz*

Patrick M. Arenz