# APPENDIX

## Appendix A




## Appendix B




## Appendix C






